FILED
HARRISBURG, PA

JUN 2 4 2026

PER_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                    :
                                            :
            v.                              :        No. 1:26-CR-00145
                                            :
JAVIER VERA CALDERON,                       :
                                            :
            Defendant.                      :

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
8 U.S.C. § 1326
(Illegal Reentry)

On or about June 2, 2026, in York County, in the Middle District of Pennsylvania, the defendant,

**JAVIER VERA CALDERON,**

an alien, was found in the United States at or near Springettsbury Township, York County, Pennsylvania, after having been removed from the United States pursuant to law on March 18, 2019, via Brownsville, Texas, without first having obtained permission for re-entry into the United States as required by law.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1), and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

BRIAN D. MILLER
United States Attorney

GRAND JURY FOREPERSON

EVELYN M. STONER
Assistant United States Attorney

6/24/2026

Date

2